# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| LOUIS C. STEED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:12CV01844 AGF |
| SBM SITE SERVICES, LLC, | ) | |
| AT WELLS FARGO ADVISORS, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM AND ORDER</u>

Plaintiff, who is proceeding pro se, filed this action on March 17, 2011, under Title VII of the Civil Rights Act of 1964.   Plaintiff filed the action on a form for an employment discrimination claim, checking boxes indicating that he was harassed and terminated by Defendant based on his race.  The record suggests that Plaintiff, who is African American, was told that he was terminated because of misconduct.  Attached to the complaint are a letter Plaintiff wrote to Defendant while still employed, in which he asserts that lies were told about him and asking for an independent investigation; and a letter of commendation for his work that he had received.  The matter is now before the Court on Defendant's motion to dismiss Plaintiff's complaint for failure to state a claim.  Plaintiff has failed to respond to the motion in the time allowed for a response.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  The present complaint is insufficient to satisfy the minimal pleading requirements of Rule 8.  Although pro se complaints are held to less stringent standards than formal pleadings drafted by lawyers, such a complaint must still comply with basic pleading requirements.  Here, as Defendant argues, the complaint contains no allegations that Plaintiff was treated differently than similarly situated

employees of a different race.  The complaint also lacks any factual support for Plaintiff checking on the complaint form that he was terminated or harassed because of his race.

Before taking any further action, however, the Court will give Plaintiff the opportunity to file an amended complaint that complies with the requirements of Rule 8.  Plaintiff shall make his best effort to set forth in detail the facts that he believes support his claim that he was discriminated against or harassed on the basis of race, in violation of Title VII.

If Plaintiff fails to file an amended complaint within 21 days of the date of this Memorandum and Order, the Court will grant Defendant's motion to dismiss the complaint, with said dismissal to be without prejudice.


AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of December, 2012.